# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0053. JUSTICE QUEEN AL-AMEEN v. THE STATE.**

On August 5, 2022, the trial court entered an order dismissing Justice Queen Al-Ameen's motion for speedy trial. Al-Ameen then filed this pro se application for a discretionary appeal. We, however, lack jurisdiction.

Because Al-Ameen's case is still pending below, to obtain review of the trial court's August 5 order, she was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review. See *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Al-Ameen's failure to obtain a certificate of immediate review deprives this Court of jurisdiction over her application. For this reason, Al-Ameen's discretionary application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/15/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.